UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DERIC COLWELL,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC,<br><br>　　　　　　Defendant. | CASE NO. 3:23-cv-05387-TL<br><br>ORDER OF DISMISSAL |

Counsel having notified the Court of settlement of this case as to the sole remaining Defendant (Dkt. No. 8), and it appearing that no issue remains for the Court's determination, it is ORDERED that this action and all claims asserted herein are DISMISSED without prejudice and without costs to any party. In the event that the settlement is not perfected, any party may move to reopen the case within **sixty (60) days** of this Order.

Dated this 7th day of August 2023.

Tana Lin
United States District Judge

ORDER OF DISMISSAL - 1